UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JUSTIN DAVID SIMMONS** | * | **CIVIL ACTION NO. 15-1673** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAG. JUDGE KAREN L. HAYES** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for attorney's fees [Doc. No. 19] is GRANTED, as modified, and that the Commissioner shall remit to plaintiff's counsel a check made payable to plaintiff Justin David Simmons for attorney fees in the amount of $3,692.50 (21.10 hours at $175.00 per hour).

Monroe, Louisiana, this 31st day of January, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE